## Commonwealth *v.* Kulik, Appellant.

Argued March 21, 1966. *W. Hamlin Neely,* for appellant; *Wallace C. Worth, Jr.,* First Assistant District Attorney, with him *George J. Joseph,* District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgment of sentence affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

## Commonwealth *v.* Lutterschmidt, Appellant.

Argued March 24, 1966. *Dean L. Foote,* for appellant; *Wallace H. Webster, Jr.,* with him *Perkin, Twining, Webster & Christie,* for Commonwealth, appellee.

Order affirmed.